

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2015

No. 04-15-00110-CV

**IN RE THE ESTATE OF WILLIAM H. MCNUTT, DECEASED**,

From the County Court, Kimble County, Texas
Trial Court No. 2284
Honorable Joe Loving, Jr., Judge Presiding

# O R D E R

On November 23, 2015, appellants filed a post-submission letter brief and requested the Clerk of this Court distribute it to the panel members. Appellants did not move for leave to submit a letter brief.

Local Rule 8.5(b) requires that "[i]f a party wishes to file a post-submission brief that has not been requested by the Court, the party must obtain the Court's permission."

Because the letter brief was filed without permission to file a post-submission brief, the post-submission letter brief is stricken from the record subject to re-filing in accordance with Local Rule 8.5(b).

It is so **ORDERED** on December 1, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court